# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| RICHARD BARNWELL and ROBERT SMITH, ) ) ) Plaintiffs, ) ) v. ) ) INTERNATIONAL BROTHERHOOD OF ) ELECTRICAL WORKERS d/b/a IBEW ) LOCAL NO. 1 and HAIER US APPLIANCE ) SOLUTIONS, INC. d/b/a G.E. APPLIANCES ) ) Defendants. ) | Case No. 4:22-CV-00285 |

**DEFENDANT HAIER US APPLIANCE SOLUTIONS, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Haier US Appliance Solutions, Inc. d/b/a GE Appliances, by and through its attorneys, submits this Corporate Disclosure Statement under Federal Rule of Civil Procedure 7.1:

a) The parent company of Haier US Appliance Solutions, Inc., is Haier US Appliance Holdings, Inc. Haier US Appliance Holdings, Inc. is not a publicly-traded company and no other publicly traded company in the United States owns 10% or more of the stock of defendant.

1

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *William M. Lawson*
William M. Lawson, #40477MO
Samuel W. Newman, #69443MO
7700 Bonhomme Ave., Suite 650
St. Louis, MO 63105
Telephone:  314-802-3935
Facsimile:  314-802-3936
william.lawson@ogletree.com
samuel.newman@ogletree.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which sends notification of such filing to the following:

| | |
|---|---|
| Sarah Jane Hunt<br>KENNEDY HUNT, P.C.<br>4500 West Pine Blvd.<br>St. Louis, MO 63108<br>sarahjane@kennedyhuntlaw.com<br><br>*Attorneys for Plaintiff* | George O. Suggs<br>SCHUCHAT, COOK & WERNER<br>555 Washington Ave., Ste. 520<br>St. Louis, MO 63101<br>gos@scwattorney.com<br><br>*Attorneys for IBEW Local No. 1* |

/s/ *William M. Lawson*
An Attorney for Defendant