**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD BARNWELL and ROBERT SMITH, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.:      4:22-cv-00285-SRC |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL NO. 1 and HAIER US APPLIANCE SOLUTIONS, INC. D/B/A G.E. APPLIANCES | ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1'S CORPORATE DISCLOSURE STATEMENT

Defendant International Brotherhood of Electrical Workers, Local 1, by and through its attorney, submits this Corporate Disclosure Statement under Federal Rule of Civil Procedure 7.1:

1. Local 1 has no parent companies or subsidiaries.  No publicly held company has a 10% or greater ownership interest in Local 1 as it is an unincorporated association and a labor organization.

2. Local 1 is not a limited liability company or a limited liability partnership.  Local 1 is an unincorporated association and a labor organization that serves as the collective bargaining representative of thousands of electricians employed in Eastern Missouri.

Respectfully submitted,

SCHUCHAT, COOK & WERNER


/s/George O. Suggs
George O. Suggs, #31641MO
555 Washington Avenue, Suite 520
St. Louis, MO 63101
Telephone: (314) 621-2626
Facsimile: (314) 621-2378
gos@scwattorney.com

*Attorney for Defendant International*
*Brotherhood of Electrical Workers, Local 1*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the United States District Court, Eastern District of Missouri, via the Court's CM/ECF Filing system, which will send notification of such filing to counsel of record, on this 13th day of April, 2022 to:

Sarah Hunt
Kennedy Hunt PC
4500 W. Pine Blvd.
St. Louis, MO  63108
*Attorney for Plaintiffs*

William Lawson
Samuel Newman
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
7700 Bonhomme Ave., Suite 650
St. Louis, MO  63105
*Attorneys for Defendant Haier US Appliance Solutions, Inc.*


/s/George O. Suggs

2